IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HOUSTON M. CUNNINGHAM,**                                                                                      **PLAINTIFF**
**ADC #118664**

v.                                    CASE NO. 2:15CV00100 BSM

**BRETT BUTLER et al.**                                                                                         **DEFENDANTS**

### ORDER

The proposed findings and partial recommendations ("PRD") submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objection has been filed. After careful consideration, the PRD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that plaintiff Houston Cunningham's amended complaint [Doc. No. 7] is dismissed with prejudice against defendants Aric Simmons, Melissa Mainfiled, Alisha Bell, and Lashundia Cheaw for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 24th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE